**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

UNITED STATES OF AMERICA,

    Plaintiff(s),

v.

LINDELL BROWN,

    Defendant(s).

2:21-cr-00077-KJD-VCF

**ORDER**

Before the Court is the motion for copies.  ECF NO. 13.

Brown is requesting a copy of the docket sheet.

Accordingly,

IT IS HEREBY ORDERED that  the motion for copies (ECF NO. 13), is GRANTED.

The Clerk of Court is directed to mail a copy of this order and a copy of the docket sheet to Lindell

Brown at the following address:

Lindell Brown
5331 Vista Del Canyon Circle
Las Vegas, Nevada 89149

DATED this 22nd day of December 2022.

             _____

             CAM FERENBACH
             UNITED STATES MAGISTRATE JUDGE

1